IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ALICIA WILMOTH, BRANDON SCOTT, and ALBERT DIANA, on behalf of themselves and others similarly situated,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>STEAK N SHAKE, INC. (an Indiana Corporation), and SARDAR BIGLARI<br><br>　　　　Defendants. | Case no.: 1:21-cv-1507-TWP-MG |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties hereby stipulate and agree that the above-captioned case is dismissed with prejudice. Each party shall bear their own costs.

Respectfully Submitted,



Brendan J. Donelon
4600 Madison, Suite 810
Kansas City, Missouri 64112
Tel:　(816) 221-7100
Fax:　(816) 709-1044
brendan@donelonpc.com

*/s/ Daniel W. Craig*
Daniel W. Craig
6614 Clayton Road, #320
St. Louis, Missouri 63117
Tel:　(314) 297-8385
Fax:　(816) 709-1044
dan@donelonpc.com

Pete Winebrake
R. Andrew Santillo
**Winebrake & Santillo, LLC**
715 Twining Road, Suite 211
Dresher, PA 19025
(215) 884-2491
pwinebrake@winebrakelaw.com
asantillo@winebrakelaw.com

　**Attorneys for Plaintiffs**

*/s/ Patrick F. Hulla*
Patrick F. Hulla
**Ogletree Deakins, P.C.**
4520 Main Street, Suite 400
Kansas City, MO 64111
Telephone: 816-471-1301
Facsimile: 816-471-1303
patrick.hulla@ogletree.com

**Attorneys for Defendants**

# CERTIFICATE OF SERVICE

    I hereby certify that on **October 24, 2023**, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

*/s/ Daniel W. Craig*
Attorney for Plaintiff