Acknowledged.
MG
10/31/2023

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ALICIA WILMOTH, BRANDON SCOTT, and ALBERT DIANA, on behalf of themselves and others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> STEAK N SHAKE, INC. (an Indiana Corporation), and SARDAR BIGLARI <br><br> Defendants. | ) ) ) ) ) ) ) ) Case no.: 1:21-cv-1507-MG-TWP ) ) ) ) ) ) ) |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties hereby stipulate and agree that the above-captioned case is dismissed with prejudice. Each party shall bear their own costs.

Respectfully Submitted,



Brendan J. Donelon
4600 Madison, Suite 810
Kansas City, Missouri 64112
Tel:    (816) 221-7100
Fax:    (816) 709-1044
brendan@donelonpc.com

*/s/ Daniel W. Craig*
Daniel W. Craig
6614 Clayton Road, #320
St. Louis, Missouri 63117
Tel:    (314) 297-8385
Fax:    (816) 709-1044
dan@donelonpc.com

Pete Winebrake
R. Andrew Santillo
**Winebrake & Santillo, LLC**
715 Twining Road, Suite 211
Dresher, PA 19025
(215) 884-2491
pwinebrake@winebrakelaw.com
asantillo@winebrakelaw.com

**Attorneys for Plaintiffs**